IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-404 |
| v. | : | |
| DAVID N. CHOQUETTE JR. and CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN, | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 25th day of April, 2018, upon consideration of the plaintiff's motion to extend time to make service, it is hereby **ORDERED** that the motion to extend time to make service is **GRANTED**; the plaintiff shall have an additional sixty (60) days to effectuate service upon David N. Choquette Jr.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.