

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

Plaintiff (Petitioner)

v.

DAVID N. CHOQUETTE JR., CRYSTAL GARNER F/K/A CRYSTAL G. BRYAN A/K/A CRYSTAL G. CHOQUETTE; et al.

Defendant (Respondent)

CASE and/or DOCKET No.: 18-00404

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DAVID N. CHOQUETTE JR. the above process on the 4 day of June, 2018, at 12:40 o'clock, PM, at 1953 MISTY DRIVE MOUNT JOY, PA 17552, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_____  ) SS:
County of _Berks_____  )

Before me, the undersigned notary public, this day, personally, appeared ___Jeffrey Clohessy___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-177288
Case ID #: 5203998

Subscribed and sworn to before me this _5_ day of _June_, 20_18_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

USA-BA

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>7698-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| [redacted] | [redacted] | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| [redacted] | [redacted] | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| [redacted] | [redacted] | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703830384622<br>9171999991703830384622 | CHOQUETTE, JR., DAVID N.<br>1953 Misty Drive<br>Mount Joy, PA 17552 | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703830384639<br>9171999991703830384639 | CHOQUETTE, JR., DAVID N.<br>14 E. High St.<br>Apt. 201<br>Elizabethtown, PA 17022 | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703830384646<br>9171999991703830384646 | CHOQUETTE, JR., DAVID N.<br>1722 Judie Ln.<br>Apt. D<br>Lancaster, PA 17603 | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| 9171999991703830384653<br>9171999991703830384653 | CHOQUETTE, JR., DAVID N.<br>14 E. High St.<br>Apt. 203<br>Elizabethtown, PA 17022 | ERR<br>C | 2.080 | 1.40<br>3.45 | | | 6.93 |
| Page Totals<br>Cumulative Totals | 7<br>7 | | 14.56<br>14.56 | 33.95<br>33.95 | | | 48.51<br>48.51 |

Total Number Of Pieces Received _____

USPS CERTIFICATION

Signature of Receiving Employee

Round Stamp _____

PS Form 3877 (Facsimile)

Extra Service Codes:
C     Certified
ERR   Return Receipt

(Round stamp: CONTINENTAL STATION, PHILA PA 19106, MAY 31 2018)

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service:<br>☐ Certified    ☐ Recorded Delivery (International)<br>☐ COD         ☐ Registered<br>☐ Delivery Confirmation   ☐ Return Receipt for Merchandise<br>☐ Express Mail   ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | CHOQUETTE, JR., DAVID N.<br>1953 Misty Drive<br>Mount Joy, PA 17552 | | | | | | | | | | | |
| 2. | CHOQUETTE, JR., DAVID N.<br>14 E. High St.<br>Apt. 201<br>Elizabethtown, PA 17022-1983 | | | | U.S. POSTAGE »PITNEY BOWES<br>ZIP 19106 $ 001.56⁰<br>02 1W<br>0001391829 MAY. 31. 2018 | | | | | | | |
| 3. | CHOQUETTE, JR., DAVID N.<br>1722 Judie Ln.<br>Apt. D<br>Lancaster, PA 17603-6742 | | | | | | | | | | | |
| 4. | CHOQUETTE, JR., DAVID N.<br>14 E. High St.<br>Apt. 203<br>Elizabethtown, PA 17022-1983 | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |
| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) [USPS CONTINENTAL STATION MAY 31 2018 PHILA, PA] | | | | | | See Privacy Act Statement on Reverse | | | | |

Complete by Typewriter, Ink, or Ball Point Pen

PCO - Bryan Augustin

PS Form **3877**, February 2002 (Page 1 of 2)

USA-177288   Lancaster County   Sale Date:

DAVID N. CHOQUETTE JR. & CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN