IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-404 |
| v. | : | |
| DAVID N. CHOQUETTE JR. and CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of June, 2018, the plaintiff, the United States of America, having moved for the entry of default judgment against the defendants, David N. Choquette Jr. and Crystal Garner f/k/a Crystal G. Bryan (Doc. Nos. 8, 16), it is hereby **ORDERED** that the court will hold a hearing on the motions on **Friday, July 27, 2018**, at **2:30 p.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania 18042.

## NOTICE TO DEFENDANTS

**THE DEFENDANTS, DAVID N. CHOQUETTE JR. AND CRYSTAL GARNER F/K/A CRYSTAL G. BRYAN, ARE HEREBY NOTIFIED THAT THE PURPOSE OF THIS HEARING IS TO DETERMINE WHETHER THE COURT SHALL ENTER A DEFAULT JUDGMENT AGAINST THEM AND THE AMOUNT OF THAT JUDGMENT. THE DEFENDANTS HAVE THE RIGHT TO APPEAR BEFORE THE UNDERSIGNED AT THE HEARING TO OPPOSE THE RELIEF REQUESTED BY THE PLAINTIFF. IF THE DEFENDANTS FAIL TO APPEAR, THE COURT MAY ENTER A DEFAULT JUDGMENT AGAINST THEM BASED ON INFORMATION PROVIDED BY THE PLAINTIFF.**

2

**IT IS FURTHER ORDERED** that the plaintiff shall serve this order upon the defendants by personal service and submit a verification of service prior to the hearing.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.