## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>DAVID N. CHOQUETTE JR.<br>CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN<br><br>　　　　　　　　Defendants | CIVIL ACTION NO. 18-00404 |

### ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, this 16th day of July 2018, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant, DAVID N. CHOQUETTE, JR., cannot, upon diligent inquiry, be found so as to be personally served with the June 27, 2018 Order scheduling a motion hearing, it is hereby ORDERED, ADJUDGED AND DECREED:

That the June 27, 2018 Order be served on the Defendant, DAVID N. CHOQUETTE, JR., by Plaintiff or its agent by posting a copy of the June 27, 2018 Order on the property to be foreclosed in accordance with Federal Rule of Civil Procedure 4(e)(1) and Pennsylvania Rule of Civil Procedure 430(a) and Pennsylvania Rule of Civil Procedure 410(c)(2) and by regular and certified mail to the Defendant's last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

_____
J.