UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>DAVID N. CHOQUETTE JR.<br>CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN<br><br>Defendant | CIVIL NO. 18-00404 |

### CERTIFICATE OF SERVICE

I do hereby certify that service of the foregoing Statement of Damages and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment was made upon the following persons by mailing a true and correct copy thereof, postage prepaid, on this 25th day of July 2018, addressed as follows:

DAVID N. CHOQUETTE JR.
1953 Misty Drive
Mount Joy, PA 17552

CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN
1953 Misty Drive
Mount Joy, PA 17552

CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN
1102 Fairview Road
Manheim, PA 17545

DAVID N. CHOQUETTE JR.
14 E. High St., Apt 203
Elizabethtown, PA 17022-1983

DAVID N. CHOQUETTE JR.
1722 Judie Ln, At D
Lancaster, PA 17603

DAVID N. CHOQUETTE JR.
14 E. High St., Apt 201
Elizabethtown, PA 17022-1983

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327
RSolarz@kmllawgroup.com