

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

Plaintiff (Petitioner)

V.

DAVID N. CHOQUETTE JR., CRYSTAL GARNER F/K/A CRYSTAL G. BRYAN A/K/A CRYSTAL G. CHOQUETTE; et al.

Defendant (Respondent)

CASE and/or DOCKET No.: 18-00404

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: ORDER

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CRYSTAL GARNER F/K/A CRYSTAL G. BRYAN the above process on the 28 day of June, 2018, at 3:42 o'clock, PM, at 1102 FAIRVIEW ROAD MANHEIM, PA 17545, County of Lancaster, Commonwealth of Pennsylvania:

Manner of Service:

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 41-45  Height 5'10  Weight 240  Race WHITE  Sex FEMALE  Hair BROWN

Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __Pa__    ) SS:
County of __Berks__              )

Before me, the undersigned notary public, this day, personally, appeared _____Shannon Beckier_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-177288
Case ID #:5231375

Subscribed and sworn to before me this __29__ day of __June__, 20__18__.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021



UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

Plaintiff (Petitioner)

v.

DAVID N. CHOQUETTE JR. AND CRYSTAL GARNER F/K/A CRYSTAL G. BRYAN; et al.

Defendant (Respondent)

CASE and/or DOCKET No.: 18-00404

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: ORDER WITH HEARING SCHEDULED FRIDAY JULY 27, 2018 2:30 PM

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DAVID N. CHOQUETTE JR. the above process on the 17 day of July, 2018, at 1:15 o'clock, P.M, at 1953 MISTY DRIVE MOUNT JOY, PA 17552, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____ 2) _____ 3) _____

Commonwealth/State of __Pa__ ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-177288
Case ID #: 5245037

Subscribed and sworn to before me this __18__ day of __July__, 20__18__.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

USA- BA

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>7832-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/ Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703827264159<br>9171999991703827264159 | CHOQUETTE, JR., DAVID N.<br>14 E. High St.<br>Apt. 203<br>Elizabethtown, PA 17022 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | 6.00 |
| 9171999991703827264166<br>9171999991703827264166 | CHOQUETTE, JR., DAVID N.<br>1722 Judie Ln.<br>Apt. D<br>Lancaster, PA 17603 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | 6.00 |
| 9171999991703827264173<br>9171999991703827264173 | CHOQUETTE, JR., DAVID N.<br>14 E. High St.<br>Apt. 201<br>Elizabethtown, PA 17022 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | 6.00 |
| 9171999991703827264180<br>9171999991703827264180 | CHOQUETTE, JR., DAVID N.<br>1953 Misty Drive<br>Mount Joy, PA 17552 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | 6.00 |
| Page Totals | 4 | | 4.58 | 19.40 | | | 23.98 |
| Cumulative Totals | 4 | | 4.58 | 19.40 | | | 23.98 |

USPS CERTIFICATION
Total Number Of Pieces Received _____

_____
Signature of Receiving Employee

Round Stamp _____

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR   Return Receipt



| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | | Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | CHOQUETTE, JR., DAVID N.<br>1953 Misty Drive<br>Mount Joy, PA 17552 | | | | | | | | | | | |
| 2. | | CHOQUETTE, JR., DAVID N.<br>14 E. High St.<br>Apt. 201<br>Elizabethtown, PA 17022-1983 | | | | | | | | | | | |
| 3. | | CHOQUETTE, JR., DAVID N.<br>1722 Judie Ln.<br>Apt. D<br>Lancaster, PA 17603-6742 | | | | | | | | | | | |
| 4. | | CHOQUETTE, JR., DAVID N.<br>14 E. High St.<br>Apt. 203<br>Elizabethtown, PA 17022-1983 | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Postage stamp: U.S. POSTAGE >> PITNEY BOWES  ZIP 19106  02 1W  0001391829  $001.56  JUL 17 2018

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | Complete by Typewriter, Ink, or Ball Point Pen |
|---|---|---|---|

PS Form **3877**, February 2002 (Page 1 of 2)

USA-177288  Lancaster County   Sale Date:

DAVID N. CHOQUETTE JR. & CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN

See Privacy Act Statement on Reverse

2CO - P. Augusty