**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                  Plaintiff<br>v.<br><br>DAVID N. CHOQUETTE JR.<br>CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN<br>                  Defendants | Civil Action No: 18-00404 |

**ORDER**

AND NOW, this **27TH** day of **July**, 2018, upon consideration of Plaintiff's motion for default judgment, the accompanying memorandum of law and affidavit, and any opposition thereto, it is hereby

**ORDERED**

1. That plaintiff's motion for judgment is granted. Judgment is entered in favor of Plaintiff, United States of America, and against Defendant, CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN, in the amount of $196,800.22 plus interest at the rate of $20.70 per day from August 17, 2017 until the date of this Order, and thereafter with interest thereon from the date of judgment pursuant to 28 U.S.C. § 1961.

2. A true copy of this Order and decree shall be delivered to the United States Marshal by the Clerk.

3. Jurisdiction is retained over this matter for the granting of such orders and decrees as the circumstances may require.

BY THE COURT:



_____ J.

*The clerk shall mark this case closed.*