UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                  Plaintiff<br><br>vs.<br><br>DAVID N. CHOQUETTE JR.<br>CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN<br><br>                  Defendant(s) | CIVIL NO. 18-00404 |

**CERTIFICATE OF SERVICE
PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

    Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( x )     Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(   )     Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
(   )     Certified mail by Sheriff's Office.
(   )     Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
(   )     Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
(   )     Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY <u>COURT ORDER</u>.**

( x )     Premises was posted by Sheriff's Office/competent adult (copy of return attached).
(   )     Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( x )     Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

                                                                  Respectfully submitted,

                                                                   BY: Rebecca A. Solarz, Esq.
                                                                   Attorney for Plaintiff



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.

Plaintiff (Petitioner)

v.

DAVID N. CHOQUETTE JR., CRYSTAL GARNER F/K/A CRYSTAL G. BRYAN; et al.

Defendant (Respondent)

CASE and/or DOCKET No.: 18-00404

Sheriff's Sale Date: 9/27/2018

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DAVID N. CHOQUETTE JR. the above process on the 7 day of August, 2018, at 10:50 o'clock A.M, at 1953 MISTY DRIVE MOUNT JOY, PA 17552, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of __Pa__ ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Denise Hinkle__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-177288
Case ID #:5262361

Subscribed and sworn to before me this __8__ day of __Aug__, 20__18__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

DAVID N. CHOQUETTE JR., CRYSTAL GARNER F/K/A CRYSTAL G. BRYAN; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 18-00404

Sheriff's Sale Date: 9/27/2018

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CRYSTAL GARNER F/K/A CRYSTAL G. BRYAN the above process on the 7 day of August, 2018, at 11:18 o'clock, A.M, at 1102 FAIRVIEW RD., 17545 MANHEIM, PA 17552, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 36-40  Height 5'8  Weight 150  Race WHITE  Sex FEMALE  Hair BROWN
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __PC__ ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Denise Hinkle__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-177288
Case ID #:5262361

Subscribed and sworn to before me
this __8__ day of __Aug__, 20__18__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp. Berks County
My commission expires November 18, 2021

Print Your Documents                                                                                                      Page 1 of 1



USA-BA

| USPS Manifest Mailing System | | | | | | | Page 1 |

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
|---|---|---|---|---|---|---|---|
| | Sequence Number<br>7888-1 | | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703968024810<br>9171999991703968024810 | CHOQUETTE, JR., DAVID N.<br>14 E. High St.<br>Apt. 201<br>Elizabethtown, PA 17022 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703968024827<br>9171999991703968024827 | CHOQUETTE, JR., DAVID N.<br>1722 Judie Ln.<br>Apt. D<br>Lancaster, PA 17603 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703968024834<br>9171999991703968024834 | CHOQUETTE, JR., DAVID N.<br>14 E. High St.<br>Apt. 203<br>Elizabethtown, PA 17022 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703968024841<br>9171999991703968024841 | GARNER, CRYSTAL f/k/a CRYSTAL G. BRYAN<br>1102 Fairview Road<br>Manheim, PA 17545 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703968024858<br>9171999991703968024858 | GARNER, CRYSTAL f/k/a CRYSTAL G. BRYAN<br>1953 Misty Drive<br>Mount Joy, PA 17552 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| 9171999991703968024865<br>9171999991703968024865 | CHOQUETTE, JR., DAVID N.<br>1953 Misty Drive<br>Mount Joy, PA 17552 | ERR<br>C | 2.520 | 1.40<br>3.45 | | | 7.37 |
| Page Totals | 6 | | 15.12 | 29.10 | | | 44.22 |
| Cumulative Totals | 6 | | 15.12 | 29.10 | | | 44.22 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____                Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)                        Extra Service Codes:
                                                C       Certified
                                                ERR     Return Receipt

http://pbpc02/sendsuite%20live/projects/image.aspx?pd=1                                              8/6/2018

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified  ☐ Recorded Delivery (International)
☐ COD  ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail  ☐ Signature Confirmation
☐ Insured

Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | CHOQUETTE, JR., DAVID N. 1953 Misty Drive Mount Joy, PA 17552 | | TENANTS / OCCUPANTS 1953 Misty Drive Mount Joy, PA 17552 | | | | | | | | | |
| 2. | | GARNER, CRYSTAL f/k/a CRYSTAL G. BRYAN 1953 Misty Drive Mount Joy, PA 17552 | | CHOQUETTE, JR., DAVID N. 14 E. High St. Apt. 201 Elizabethtown, PA 17022-1983 | | | | | | | | | |
| 3. | | DOMESTIC RELATIONS OF LANCASTER COUNTY 40 East King Street PO Box 83479 Lancaster, PA 17608 | | CHOQUETTE, JR., DAVID N. 1722 Judie Ln. Apt. D Lancaster, PA 17603-6742 | | | | | | | | | |
| 4. | | PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement Health and Welfare Bldg. - Room 432 P.O. Box 2675 Harrisburg, PA 17105-2675 | | CHOQUETTE, JR., DAVID N. 14 E. High St. Apt. 203 Elizabethtown, PA 17022-1983 | | | | | | | | | |
| 5. | | Elizabethtown Regional Sewer Authority 235 Ersa Drive Elizabethtown, PA 17022 | | GARNER, CRYSTAL f/k/a CRYSTAL G. BRYAN 1102 Fairview Road Manheim, PA 17545 | | | | | | | | | |
| 6. | | Mount Joy Township 159 Merts Drive Elizabethtown, PA 17022 | | | | | | | | | | | |
| 7. | | Mount Joy Township 8853 Elizabethtown Road Elizabethtown, PA 17022 | | | | | | | | | | | |
| 8. | | Commonwealth of Pennsylvania County of Lancaster 50 North Duke Street Lancaster, PA 17608 | | | | | | | | | | | |

Postmaster, Per (Name of receiving employee)

Total Number of Pieces Listed by Sender (13)
Total Number of Pieces Received at Post Office

Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001391829 AUG 06 2018
$ 005.07⁰

PS Form 3877, February 2002 (Page 1 of 2)

USA-177288   Lancaster County   Sale Date: 09/27/2018

DAVID N. CHOQUETTE JR. & CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff<br><br>vs.<br><br>DAVID N. CHOQUETTE JR.<br>CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN<br><br>                              Defendant(s) | CIVIL NO. 18-00404 |

### AFFIDAVIT PURSUANT TO RULE 3129

THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

>1953 Misty Drive
>Mount Joy, PA 17552

1. Name and address of Owner(s) or Reputed Owner(s):

>DAVID N. CHOQUETTE JR.
>1953 Misty Drive
>Mount Joy, PA 17552
>
>CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN
>1953 Misty Drive
>Mount Joy, PA 17552

2. Name and address of Defendant(s) in the judgment:

>DAVID N. CHOQUETTE JR.
>1953 Misty Drive
>Mount Joy, PA 17552
>
>CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN
>1953 Misty Drive
>Mount Joy, PA 17552

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

>DOMESTIC RELATIONS OF LANCASTER COUNTY
>40 East King Street
>PO Box 83479
>Lancaster, PA 17608

PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

Elizabethtown Regional Sewer Authority
235 Ersa Drive
Elizabethtown, PA 17022

Mount Joy Township
159 Merts Drive
Elizabethtown, PA 17022

Mount Joy Township
8853 Elizabethtown Road
Elizabethtown, PA 17022

Commonwealth of Pennsylvania County of Lancaster
50 North Duke Street
Lancaster, PA 17608

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

TENANTS / OCCUPANTS
1953 Misty Drive
Mount Joy, PA 17552


    I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: August 23, 2018

_____
KML Law Group, P.C.
BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff