**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice  United States Marshals Service | PROCESS RECEIPT AND RETURN  *See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF  United States of America | COURT CASE NUMBER  18-00404 |
|---|---|
| DEFENDANT  DAVID N. CHOQUETTE JR. & CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN | TYPE OF PROCESS  Handbill |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, DORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DAVID N. CHOQUETTE JR.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP code)
1953 Misty Drive Mount Joy, PA 17552

SEND NOTICE OF SERVICE COPY OF REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers and Estimated Times Available for Service)*

Please post the property by 8/24/2018.

FILED
SEP - 4 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

| Signature of Attorney other Originator requesting service behalf of | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  215-627-1322 | DATE  8/6/18 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process  1 | District of Origin  No. GC | District to Serve  No. GC | Signature of Authorized USMS Deputy or Clerk | Date  8/7/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

Date: 8-22-18    Time: 1150 am    Signature of U.S. Marshal or Deputy    0653

| Service Fee | Total Mileage Charges including *endeavors*  101.37 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*)  101.37 |
|---|---|---|---|---|---|

REMARKS: 186 RT miles @ .545 = 101.37
4 hrs @ 65 = 260.   —VACANT—
PROPERTY POSTED AT FRONT DOOR

RECEIVED
AUG - 7 2018

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80