## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
Plaintiff

v.

DAVID N. CHOQUETTE JR.
CRYSTAL GARNER f/k/a CRYSTAL G.
BRYAN

Defendants

Civil Action No:  18-00404

### ORDER

AND NOW, this 13TH day of Nov , 2018, upon consideration of Plaintiff's Motion

which states that notice has been given to all lienholders of record and no objection has been

made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1.    That the public sale held on September 27, 2018 is hereby confirmed.

2.    That the Marshal is ordered and directed to execute and deliver to Gregory S.

Musser and Douglas H. Musser, their successors and assigns ("Purchaser"), a good and sufficient

deed, conveying all the right, title and interest of DAVID N. CHOQUETTE JR. and CRYSTAL

GARNER f/k/a CRYSTAL G. BRYAN in and to the premises sold located at 1953 Misty Drive,

Mount Joy, PA 17552.

3.    That jurisdiction is retained for such further orders or decrees as may be

necessary.



J.