**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff<br><br>vs.<br><br>DAVID N. CHOQUETTE JR.<br>CRYSTAL GARNER f/k/a CRYSTAL G. BRYAN<br><br>　　　　　Defendant | CIVIL NO. 18-00404 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser...............................$100,500.00

Amount of cash received .................................................$100,500.00

### TO BE DISTRIBUTED AS FOLLOWS:

Proceeds of sale to the United States Department of
Justice re: CDCS# 2018A10849 .....................................$100,500.00

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327
